UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-10040-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NARVE CARMONA ACANDA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to Order of the District Court Dated October 1, 2010. The Report and Recommendations issued by United States Magistrate Judge Peter R. Palermo, on November 9, 2010 **(D.E.#125)**, and Corrected Report and Recommendation, on November 18, 2010 **(D.E.#127)** recommends to this Court, that CJA Voucher #FLS 08-1479 be Granted and that Mr. Orlando do Campo be awarded the sum of **$23,069.98** as fair and final compensation for his work in this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, and counsel filed a notice of non-objection to the report and recommendation. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of November, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Orlando do Campo, Esq
Lucy Lara, CJA Administrator